# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA MEYER,<br><br>              Plaintiff,<br><br>  v.<br><br>CORTEX USA, INC.,<br><br>              Defendant. | Civil Action No. 6:24-cv-06084 |

## NOTICE OF SETTLEMENT

Plaintiff Jessica Meyer hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Cortex USA, Inc. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: May 10, 2024　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Benjamin J. Sweet*
　　　　　　　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　　　　　　ben@nshmlaw.com
　　　　　　　　　　　　　　　　　　　　　　　**NYE, STIRLING, HALE, MILLER, & SWEET LLP**
　　　　　　　　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15243
　　　　　　　　　　　　　　　　　　　　　　　Phone: (412) 857-5350

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 10th day of May, 2024.

                                                                      */s/ Benjamin J. Sweet*
                                                                        Benjamin J. Sweet